# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159142

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAMON DEMETRIUS JONES,
　　　　　Plaintiff-Appellant,

v

SAGINAW CORRECTIONAL FACILITY
WARDEN,
　　　　　Defendant-Appellee.

SC: 159142
COA: 345336
Saginaw CC: 18-036498-AH

_____/

　　　　On order of the Chief Justice, the Clerk of the Court is directed to close this file because of plaintiff-appellant's failure to pay the partial filing fee as directed by the Court's order of February 20, 2019.





　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

　　　　March 18, 2019

Clerk